AO 470 (Rev. 01/09) Order Scheduling a Detention Hearing

✓ FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

JUL - 1 2010

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
for the
_____ District of __NEVADA__

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 3:10-CR-0076-ECR-VPC |
| ) | |
| ENRIQUE SALAS-RAMIREZ ) | |
| *Defendant* ) | |

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| Place: | Bruce R. Thompson Courthouse & Federal Building<br>400 S. Virginia Street<br>Reno, Nevada 89501<br>Before: The Honorable Robert A. McQuaid, Jr. | Courtroom No.: | 2 - 4th Floor |
|---|---|---|---|
| | | Date and Time: | **July 7, 2010 at 3:00 p.m.** |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: July 1, 2010

*Judge's signature*

Valerie P. Cooke, U.S. Magistrate Judge
*Printed name and title*